**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JUSTIN TROUT, on behalf of himself
and all others similarly situated,

        Plaintiff,

    v.

MEIJER, INC.,

        Defendant.

_____

Case No. 1:25-cv-1378-HYJ-SJB

Chief Judge Hala Y. Jarbou

*ORAL ARGUMENT REQUESTED*

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Meijer, Inc. ("Meijer") offers its employees and their eligible dependents health benefits through a health welfare-benefit plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). As part of that plan, Meijer offers a "wellness program" as a financial incentive to plan participants who use tobacco products to encourage them to quit doing so. Participants who do not affirmatively disclaim use of tobacco products are charged an additional incremental amount for their health plan premiums, but can be relieved of that surcharge by participating in a tobacco cessation program. Congress has expressly authorized plans to offer these sorts of wellness programs to promote health and prevent disease, and the Court already has found the design of Meijer's program lawful.

After the Court dismissed nearly all of plaintiff Justin Trout's original claims, Trout filed an amended complaint. Trout does not attempt to revive his claims that Meijer's wellness program is unlawfully designed or that the notice Meijer gives of the program to participants in its plan document is deficient—both of which the Court previously rejected. But he renews his claim that Meijer breached fiduciary duties to the plan and participants, ostensibly by collecting the

surcharges from participants as part of their health plan premiums, transferring the participants' contributions, including the surcharges, to the plan, and maintaining, separately, Meijer's corporate general assets. He also alleges a claim that Meijer failed to sufficiently monitor its plan. And he alleges that the summary benefit guides that Meijer provides plan participants in connection with enrollment violate the ERISA's wellness program requirement.

All of Trout's claims, which he asserts under ERISA § 502(a)(2) and § 502(a)(3), fail as a matter of law. Trout has not alleged facts showing Meijer acted as a fiduciary or breached any duties when setting or remitting plan contributions, or retaining its own general assets. Nor has he alleged facts showing that any of Meijer's actions in those regards harmed the plan or its participants. Trout has alleged no facts to support any claimed failure to monitor, either. Meijer's benefit guides satisfy the statutory requirements for lawful wellness programs. And the notice requirement in the regulation Trout relies on to challenge Meijer's benefit guides is not enforceable because it conflicts with those statutory requirements and the Department of Labor's own guidance elsewhere in that same regulation. Even if Trout had pled a sufficient claim (and he has not), he could not recover any of the monetary relief from Meijer or the plan. For all of these reasons, which Meijer further explains in its supporting memorandum, Trout's claims should be dismissed with prejudice.

WHEREFORE, Meijer moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Trout's First Amended Complaint, with prejudice, and for all other just and proper relief.

Dated: June 29, 2026

Respectfully submitted,

*/s/Stephanie L. Gutwein*

**Faegre Drinker Biddle & Reath LLP**
Stephanie L. Gutwein
Attorney Bar Number: 31234-49 (IN)
300 N. Meridian St.
Indianapolis, IN 46204
Telephone: 317-237-0300
Fax: 317-237-1000
stephanie.gutwein@faegredrinker.com

Richard J. Pearl
Attorney Bar Number: 6275676 (IL)
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: 312-569-1000
Fax: 312-569-3000
rick.pearl@faegredrinker.com

**Dickinson Wright PLLC**
Brandon C. Hubbard
Attorney Bar Number: P71085 (MI)
Christina Kay McDonald
Attorney Bar Number: P73517 (MI)
123 W. Allegan Street, Suite 900
Lansing, MI 48933
Telephone: 517-371-1730
Fax: 844-670-6009
bhubbard@dickinson-wright.com
cmcdonald@dickinson-wright.com

*Attorneys for Defendant Meijer, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: June 29, 2026                          /s/  Stephanie L. Gutwein